IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 13-cr-00295-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DIEN LE,
2. PONLUE PIM,
3. PIRUN PIM,
4. RICKY PIM,
5. KENNETH BARNES,

    Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 19 day of June 2014.

BY THE COURT:

William J. Martínez, Judge

_____  
Attorney for Government

_____  
Attorney for Defendant