IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 13-cr-0295-WJM-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**2.      PONLUE PIM**,

      Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having reviewed the Motion hereby FINDS as follows:

On July 9, 2015, the United States and Defendant Ponlue Pim entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2. of the Federal Rules of Criminal Procedure. (ECF No.570).

THAT the requisite nexus exists between the currency and the conspiracy to profit from the distribution and sale of synthetic cannabinoids, controlled substances and new drugs to which defendant Ponlue Pim pleaded guilty.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third

parties pursuant to 21 U.S.C. § 853(n).

It is HEREBY ORDERED that Defendant's interest in the following:

$574.56, seized from JPMorganChase account xxxxx7269 on July 19, 2013, is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 28th day of July, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge